# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLISON SELF,**<br><br>PLAINTIFF,<br><br>v.<br><br>**COLLECTION BUREAU OF AMERICA, LTD,**<br><br>DEFENDANT. | Case No: 2:14-CV-01794-MCE-AC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. MORRISON C. ENGLAND, JR. |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT